1
2
3
4
5
6                    UNITED STATES DISTRICT COURT

7                         DISTRICT OF NEVADA

8                                * * *

9

10   DOROTHY V. MCADAMS,                    Case No. 2:12-cv-01534-MMD-VCF

11                        Plaintiff,
                                                       ORDER
12        v.
                                           (Motion to Dismiss – dkt. no. 4)
13   LAS VEGAS BOAT HARBOR, INC.;
     NATIONAL PARK SERVICE; and DOES
14   EMPLOYEES I through X; DOES I through
     X, inclusive,
15
                         Defendants.
16

17        Defendant United States of America, on behalf of the National Park Service, filed

18   a Motion to Dismiss Plaintiff's Complaint under Fed. R. Civ. P. 12(b)(1) on September 5,

19   2012.  (Dkt. no. 4.)  In Plaintiff's Counter-Motion to Remand (dkt. no. 7), she states that

20   she does not oppose the Motion.  (*Id.* at 4.)   Defendant's Motion to Dismiss is

21   accordingly GRANTED.

22

23        ENTERED THIS 24th day of October 2012.

24

25                                        _____
                                          MIRANDA M. DU
26                                        UNITED STATES DISTRICT JUDGE

27

28