1
2
3
4
5
6                    UNITED STATES DISTRICT COURT

7                         DISTRICT OF NEVADA

8                               * * *

9

10   DOROTHY V. MCADAMS,                Case No. 2:12-cv-01534-MMD-VCF

11                      Plaintiff,

12        v.                                        ORDER

                                        (Motion to Dismiss – dkt. no. 4)
13   LAS VEGAS BOAT HARBOR, INC.;
     NATIONAL PARK SERVICE; and DOES
14   EMPLOYEES I through X; DOES I through
     X, inclusive,
15
                       Defendants.
16

17        Defendant United States of America, on behalf of the National Park Service, filed

18   a Motion to Dismiss Plaintiff's Complaint under Fed. R. Civ. P. 12(b)(1) on September 5,

19   2012.  (Dkt. no. 4.)  In Plaintiff's Counter-Motion to Remand (dkt. no. 7), she states that

20   she does not oppose the Motion.  (*Id.* at 4.)   Defendant's Motion to Dismiss is

21   accordingly GRANTED.

22

23        ENTERED THIS 24th day of October 2012.

24

25        _____
                                         _____
26   MIRANDA M. DU
     UNITED STATES DISTRICT JUDGE

27

28